

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 19, 2020

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

       Re:  <u>United States v. John Mueser</u>
            20 Mag. 12317

Dear Judge McCarthy:

      The defendant in the above-referenced Complaint was arrested this morning. Accordingly, the Government requests that the Complaint be unsealed.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

By: _/s/ Marcia S. Cohen_
     Marcia S. Cohen
     Assistant U.S. Attorney
     (914) 993-1902

SO ORDERED:

\_\_\_\_\_/s/ Judith C. McCarthy\_\_\_\_\_ 11-19-2020
JUDITH C. McCARTHY
United States Magistrate Judge