UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-                                    **20 MAG 12317**

John Mauser

                              Defendant(s).
-----------------------------------------------------------------X

Defendant _____John Mauser_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_/s/ John Mauser by JCM on consent_            _____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_John Mauser_____            _Peter Katz -- Counsel for Initial Appearance Only_
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_11/19/2020_____            _Judith C. McCarthy_____
Date                                           U.S. District Judge/U.S. Magistrate Judge