UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

John Mueser

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 12317

Defendant ___John Mueser_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or __X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__  Bail/Detention Hearing

___   Conference Before a Judicial Officer

_John Mueser / AEK (with permission)_         _[signature]_
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__John Mueser_____                        Peter Katz, Esq._____
Print Defendant's Name                         Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/28/2020                                     _Andrew Krause_
Date                                           ~~U.S. District Judge~~/U.S. Magistrate Judge